**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Princeton Excess and Surplus Lines Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Second Generation Incorporated, et al.,<br><br>Defendants. | No. CV-25-03275-PHX-DLR<br><br>**ORDER** |

Before the Court is Defendants/Counterclaimants Farid and Zakia Nazari's Motion for Leave to File Sur-Reply in Opposition to PESLIC's Cross-Motion for Partial Judgment on the Pleadings. (Doc. 142). The Motion is fully briefed. (Docs. 142, 149, 152).

Plaintiff Princeton Excess and Surplus Lines Insurance Company ("PESLIC") filed its Cross-motion for Partial Judgment on the Pleadings on August 10, 2026 (Doc. 131). The Nazaris responded, (Doc. 135), and PESLIC replied, (Doc. 141). The Nazaris argue PESLIC's Reply presented three new arguments or "bodies of matter" not included in their Cross-Motion: first, arguments on the merits of the Nazaris' affirmative defenses; second, arguments regarding the interpretation of Paragraph 74 of the Complaint and sections of the Policy at issue; and third, arguments regarding the interpretation and meaning of Paragraph 21 of the Complaint. The Nazaris sought leave to file a sur-reply and lodged the proposed 5-page sur-reply with the Court. (Doc 143).

Although sur-replies are generally disfavored, "[t]he Court may, in its discretion, permit a party to file a sur-reply, considering whether the movant's reply in fact raises

arguments or issues for the first time, whether the nonmovant's proposed sur-reply would be helpful to the resolution of the pending motion, and whether the movant would be unduly prejudiced were leave to be granted." *Cattanach v. Maricopa Cnty. Cmty. Coll. Dist.*, No. CV-22-00572-TUC-RCC, 2023 WL 2708572 (D. Ariz. Mar. 30, 2023) (citation modified). PESLIC's Reply presented sufficiently new arguments that the Nazari's should be permitted to address, and the Court finds no prejudice. Accordingly, the Court will grant the Motion for Leave to File Sur-Reply to ensure "a complete picture of the issues in need of resolution." *Tounget v. Valley-Wide Recreation & Park Dist.*, No. EDCV 16-88 JGB (KKX), 2020 WL 8410456, at *2 (C.D. Cal. Feb. 20, 2020).

**IT IS ORDERED** that the Motion for Leave to File Sur-Reply (Doc. 142) is **GRANTED**. The Clerk of Court is kindly directed to file the Proposed Sur-Reply currently lodged at Doc. 143.

Dated this 16th day of November, 2026.

Douglas L. Rayes
Senior United States District Judge